| | |
|---|---|
| 1 | Alan Steven Wolf – Bar No. 94665 |
| 2 | Daniel K. Fujimoto - Bar No. 158575<br>THE WOLF FIRM, A Law Corporation |
| 3 | 2955 Main Street, Second Floor<br>Irvine, CA 92614 |
| 4 | Telephone:  (949) 720-9200<br>Fax:  (949) 608-0128 |
| 5 | Attorneys for Creditor, WELLS FARGO |
| 6 | BANK, N.A., AS TRUSTEE FOR THE<br>HOLDERS OFTHE MERRILL LYNCH |
| 7 | MORTGAGE INVESTORS TRUST,<br>MORTGAGE LOAN ASSET-BACKED |
| 8 | CERTIFICATES, SERIES 2006-WMC1 |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | Case No.: 13-35297 |
|---|---|
| Richard A. Ensminger | Chapter No. 11 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID** |
| | (No Hearing Date Set**)** |

TO THE HONORABLE CHRISTOPHER M. KLEIN, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 11 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

   PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OFTHE MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-WMC1, requests special notice of all matters which must be noticed to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

All copies should be sent to the following address:

        THE WOLF FIRM, A Law Corporation

        2955 Main Street, Second Floor

        Irvine, CA  92614

Date:  December 19, 2013        Respectfully submitted,

THE WOLF FIRM,
A Professional Law Corporation


By:  /s/ Daniel K. Fujimoto
Daniel K. Fujimoto
Attorney for Creditor