



FILED

JAN 2 9 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

shbs

In RE RICHARD A. ENSMINGER                    13-35297-C-11

**PRELIMINARY STATUS REPORT**

Debtor-in-Possession RICHARD A. ENSMINGER (the "Debtor") respectfully represents:

**Outline**

1. History of the Debtor
2. Type of Plan
3. Cramdown
4. Valuation of Assets.
5. Cash Collateral and Asset Protection
6. Adversary Proceedings
7. Environmental issues
8. Motion for Credit
9. Objection to Claims
10. Post-Confirmation Sale of Assets
11. Anticipated Professional Fees

**1.      History of the Debtor.** Debtor is a married man. He has been married 31 years. His wife graduated from Dentistry in 1987 and has been in practice since that time. Since 1992 we have been attempting to negotiate our debt circumstances with alleged student loan companies and taxing agencies. Our ability to produce income has now been crippled to the point of this need to file bankruptcy.

**2.      Type of Plan.** This plan will be one of reorganization.

**3.      Cramdown.** The Debtor plans to conform to the plan under 11 U.S.C § 1129 (a) (8) or 11 U.S.C. § 1129 (b)

**4.      Valuation of Assets.** The Debtor does anticipate litigation concerning the valuation of assets.

**5.      Cash Collateral and Adequate Protection.** Debtor anticipates no cash collateral issues and/or adequate protection issues whether consequent to DIP financing, or any other cause. Debtor is aware of no perfected interest by any Creditor in any associated non-filing business rental receipts and/or cash flows.

Debtor is aware of no security assets that are depreciating in value or reasonably likely to in the foreseeable future, and Debtor is aware of no other facts of circumstances that may give rise to cash collateral and/or adequate protection issues.

6.  **Adversary Proceedings.**  Debtor anticipates there will be adversary proceedings to implement this plan.  There is a slander of title on property located at 5210 Valhalla Drive, Carmichael California.  There may be an adversary proceeding regarding wage garnishment against the Department of Justice as a third party debt collector as well as Sallie Mae aka Student Loan Marketing Association.

7.  **Environmental Issues.**  To the best of Debtor's knowledge, the bankruptcy estate does not and will not include any property that could possibly give rise to claims or litigation based upon federal or state environmental laws..

8.  **Objections to claims.**  Debtor anticipates objecting to all disputed Proof of Claims.  The number of disputed claims depends on the submitted Proof of Claims.

9.  **Post Confirmation Sale of Assets.**  Debtors' anticipated Plan will not include the post-confirmation sale of any assets and so will not include the post-confirmation sale of any asset that will require involvement of the Court.

10.  **Anticipated Professional Fees.**  Debtor has no know professional fees with the exception of CPA/Attorney help in providing tax returns for the Debtors' estate as well as for the Debtor's personal tax return.  The amount of these fees is currently not known.  My CPA/Attorney is Steven Packey Law Corporation.

11.  **Small Business Case.**  Debtor is not a Small Business Case and does not intend to ask that a committee of unsecured creditors be appointed.

Dated January 28, 2014

By: _____

RICHARD A. ENSMINGER, Debtor-in-possession