# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Richard A. Ensminger | **Case No :** | 13–35297 – C – 11 |
| | | **Date :** | 5/1/14 |
| | | **Time :** | 10:00 |
| **Matter :** | Status Conference – [1] – Chapter 11 Voluntary Petition. All Schedules and Statements filed. (jlns) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Danielle Hendricks | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
    Debtor – Richard A. Ensminger

HEARING CONTINUED TO: 7/9/14 at 10:00 AM