

```
FILED
JUN 2 4 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

1  Richard Alan Ensminger
2  5401 Valhalla Drive
   Carmichael, CA 95608
3  Phone: (916) 718-4467
   E-mail: rickbk2013@gmail.com
4
5  Debtor-in-possession Richard Alan Ensminger

6

7

8                UNITED STATES BANKRUPTCY COURT

9            IN THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11
                                          ) Case No. 13-35297
12  In re: RICHARD ALAN ENSMINGER,         ) DC NO. RAE-5
                                          )
13         Debtor in Possession           ) Chp. 11
                                          )
14  _____       )
                                          ) Date: August 6, 2014
15  RICHARD ALAN ENSMINGER,               ) Time: 10:00 a.m.
                                          ) Place: U.S. Bankruptcy Court
16         Movant,                        ) Robert T. Matsui United States Courthouse
    v.                                    ) 501 I Street, Sacramento, CA 95814
17                                        ) Courtroom 35, Department 35
    NATIONSTAR MORTGAGE, LLC,             ) Judge: Hon. Christopher M. Klein
18                                        )
           Respondent.                    )
19                                        )

20  **NOTICE OF HEARING ON MOTION FOR SANCTIONS PURSUANT TO FEDERAL**
21  **RULES OF BANKRUPTCY PROCEDURE RULE 3001 AND 11 U.S.C.A. 105**
22      **PLEASE TAKE NOTICE** that Debtor-in-possession Richard Alan Ensminger (the
23  "**Debtor**") has filed and will bring a Motion for Sanctions pursuant to F.R.B.P. Rule § 3001 and
24  11 U.S.C.A. § 105 against Nationstar Mortgage, LLC at the place, time, and date specified
25  above. Debtor believes that their motion meets the requirements of F.R.B.P. Rule § 3001 and 11
26  U.S.C.A. 105 for Sanctions.
27      **NOTICE IS FURTHER GIVEN** that a hearing on the Motion shall be conducted on
28  **August 6, 2014** at **10:00 a.m.**, or as soon thereafter as the matter may be heard in **Courtroom 35**

-1-
NOTICE OF HEARINGS ON MOTION FOR SANCTIONS
In re Richard Alan Ensminger: Case No. 13-35297

of the **Sacramento Division** of the **United States Bankruptcy Court in and for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, before the Honorable Christopher M. Klein**, United States Bankruptcy Judge.

This Notice is supported by the concurrently served and filed Motion, as well as the Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Richard Ensminger, the Evidentiary Objections to Proof of Claim 5 and the Declaration of Larry E. Johnson, the Motion to Disallow Claim 5, and the remainder of the pleadings, files, and record in this case. It is recommended that you review all pleadings filed in support of the Motion. All of these pleadings may be obtained on-line at http://www.caeb.uscourts.gov, or from the undersigned upon written request.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**NOTICE IS FUTHER GIVEN** that if you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then **you or your attorney must file and serve a written objection to the relief requested not less than fourteen (14) calendar days before the date set for hearing and appear at the hearing** at the place and time referenced in the caption above. Such written opposition must be filed with the Bankruptcy Court, in accordance with its local rules, that is located at the address below:

> United States Bankruptcy Court
> Eastern District of California
> 501 I Street
> Sacramento, CA 95814

The opposition must also be served on the undersigned:

> Richard Alan Ensminger
> 5401 Valhalla Drive
> Carmichael, CA 95608

A failure to file a timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

-3-

**NOTICE IS FURTHER GIVEN** that you or your attorney must take all steps referenced above and appear at the hearing at the time and place noted above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the approval of the Motion, remove the matter from the calendar and resolve it, including granting the requested relief, without oral argument.

The Court permits telephone appearances, and in order to appear by phone you must contact Court Call at (888) 882-6878, and you should do so not later than forty-eight hours before the hearing. Court Call charges a fee for telephone appearances.

Not all information regarding the Motion or the above-captioned bankruptcy case is set forth in this notice, and interested parties are advised to review the Court's file. Further information is available at the Court's website, http://www.caeb.uscourts.gov. Copies of the Motion, this notice, the supporting declaration, and other supporting documents may be obtained by contacting the undersigned.

RESPECTFULLY SUBMITTED:

Dated: June 24, 2014

_____
Richard Alan Ensminger, Debtor-in-possession