

Richard A. Ensminger
5401 Valhalla Drive
Carmichael, CA 95608
Phone: (916) 718-4467
E-mail: rickbk2013@gmail.com

Debtor-in-possession Richard A. Ensminger

FILED
JUN 24 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# IN THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

In re: RICHARD A. ENSMINGER,

Debtor in Possession

) Case No. 13-35297
) Chp. 11
)
) DC No: ASW-1 [Wells Fargo Motion]
) DC No: RAE-3 [Ensminger Counter-motion]
)
) Date: July 9, 2014
) Time: 10:00 a.m.
) Place: U.S. Bankruptcy Court
) Robert T. Matsui United States Courthouse
) 501 I Street, Sacramento, CA 95814
) Courtroom 35, Department C
) Judge: Hon. Christopher M. Klein
)

**NOTICE OF HEARING ON DEBTORS COUNTER-MOTION TO "WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-WMC1" MOTION FOR NEW TRIAL UNDER BANKRUPTCY RULE 9023 OR ALTERNATIVELY RELIEF FROM ORDER GRANTING MOTION TO VALUE COLLATERAL UNDER RULE 9024**

**PLEASE TAKE NOTICE** that Debtor-in-possession Richard A. Ensminger (the "**Debtor**") has filed a Counter-Motion to Movants Motion for a New Trial or Alternatively Relief from Order Granting Motion to Value Collateral at the place, time, and date specified above.

Debtor believes the counter-motion and motions are inter-related and should be consolidated for judicial economy.

**NOTICE IS FURTHER GIVEN** that a hearing on the Counter-Motion shall be conducted on **July 9, 2014 at 10:00 a.m.**, or as soon thereafter as the matter may be heard in **Courtroom 35** of the **Sacramento Division** of the **United States Bankruptcy Court in and for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, before the Honorable Christopher M. Klein**, United States Bankruptcy Judge.

This Notice is supported by the concurrently served and filed Opposition and Counter-Motion that includes a Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Richard Ensminger, Debtors Motion to Disallow Claim 5, the Evidentiary Objections to Proof of Claim 5 and the Declaration of Larry E. Johnson, the Motion for Sanctions Pursuant to F.R.B.P. Rule § 3001 and 11 U.S.C.A. § 105, and the remainder of the pleadings, files, and record in this case. It is recommended that you review all pleadings filed in support of the Debtors Counter-Motion. All of these pleadings may be obtained on-line at http://www.caeb.uscourts.gov, or from the undersigned upon written request.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**NOTICE IS FUTHER GIVEN** that, pursuant to Local Rule 9014-1 any countermotion or other motion related to the general subject matter of the original motion set for hearing pursuant to this Local Rule may be filed and served no later than the time opposition to the original motion is required to be filed. In the event a counter or related motion is filed by the responding party, the judge may continue the hearing on the original and all related motions so as to give the responding and moving parties reasonable opportunity to serve and file oppositions and replies to all pending motions. No written opposition need be filed to any related matter unless the matter is continued by the Court. Such written opposition, if any, must be filed with the Bankruptcy Court, in accordance with its local rules, that is located at the address below:

United States Bankruptcy Court
Eastern District of California
501 I Street

Sacramento, CA 95814

The opposition must also be served on the undersigned:

Richard A. Ensminger
5401 Valhalla Drive
Carmichael, CA 95608

The Court permits telephone appearances, and in order to appear by phone you must contact Court Call at (888) 882-6878, and you should do so not later than forty-eight hours before the hearing. Court Call charges a fee for telephone appearances.

Not all information regarding the Counter-Motion or the above-captioned bankruptcy case is set forth in this notice, and interested parties are advised to review the Court's file. Further information is available at the Court's website, http://www.caeb.uscourts.gov. Copies of the Counter-Motion, this notice, the supporting declaration, and other supporting documents may be obtained by contacting the undersigned.

RESPECTFULLY SUBMITTED:

Dated: June 24, 2014

_____
Richard A. Ensminger, Debtor-in-possession