Richard Alan Ensminger
5401 Valhalla Drive
Carmichael, CA 95608
Phone: (916) 718-4467
E-mail: rickbk2013@gmail.com

Debtor-in-possession Richard Alan Ensminger

FILED

JUN 2 6 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# IN THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: RICHARD ALAN ENSMINGER, | ) Case No. 13-35297 |
| | ) DC NO. RAE-5 |
| Debtor in Possession | ) |
| | ) Chp. 11 |
| _____ | ) |
| | ) Date: August 6, 2014 |
| **RICHARD ALAN ENSMINGER,** | ) Time: 10:00 a.m. |
| | ) Place: U.S. Bankruptcy Court |
| **Movant,** | ) Robert T. Matsui United States Courthouse |
| v. | ) 501 I Street, Sacramento, CA 95814 |
| | ) Courtroom 35, Department C |
| **NATIONSTAR MORTGAGE, LLC,** | ) Judge: Hon. Christopher M. Klein |
| | ) |
| **Respondent.** | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I, Joseph Cesar, declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action. My address is 6032 White Cloud Court, Citrus Heights, California 95829..

On June 26, 2014, I served:

-1-
CERTIFICATE OF SERVICE
In re Richard Alan Ensminger: Case No. 13-35297

1. **DEBTORS MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE § 3001 AND 11 U.S.C.A. § 105;**

2. **NOTICE OF MOTION;**

3. **DEBTORS REQUEST FOR JUDICIAL NOTICE;**

4. **MEMORANDUM OF POINTS & AUTHORITIES;**

5. **[PROPOSED] ORDER;**

6. **DECLARATION OF RICHARD ALAN ENSMINGER IN SUPPORT OF DEBTORS MOTION FOR SANCTIONS;**

on each of the interested parties, by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid to the United States mail in Sacramento California, addressed as follows:

The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614
Att: Daniel K Fujimoto

SEVERSON & WERSON-WELLS F
One Embarcadero Center, Suite 2600
San Francisco, California 94111
 Att: Adam N. Barasch

WELLS FARGO BANK N.A.
9062 OLD ANNAPOLIS ROAD
COLUMBIA, MD 21045-2479
ATT: Corporate Officer

WELLS FARGO BANK N.A.
CSC-LAWYERS INCORP. SERVICES
2710 GATEWAY OAKS DR. STE 150N
SACRAMENTO, CA 95833
ATT: Corporate Officer

NATIONSTAR MORTGAGE LLC
C/O Weinstein, Pinson, & Riley, P.S.
2001 Western Avenue Ste 400
Seattle, WA 98121
Att: Larry E. Johnson

NATIONSTAR MORTGAGE LLC
CSC-LAWYERS INCORP. SERVICES
2710 GATEWAY OAKS DR. STE 150N
SACRAMENTO, CA 95833
Att: Corporate Officer

**U.S Trustee:**
Tracy Hope Davis
Office of the U.S Trustee - Sacramento
501 I Street Suite 7-500
Sacramento, CA 95814

**U.S. Trustee's Counsel:**
Edmund Gee
Office of the U.S. Trustee - Sacramento
501 I Street Suite 7-500
Sacramento, CA 95814

1　　　I declare under penalty of perjury pursuant to the laws of the United States of America
2　that the foregoing is true and correct and that this declaration was executed on June 26, 2014, at
　　Sacramento, California.
3
4　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Joseph Cesar, Declarant