Richard Alan Ensminger
5401 Valhalla Drive
Carmichael, CA 95608
Phone: (916) 718-4467
E-mail: rickbk2013@gmail.com

Debtor-in-possession Richard Alan Ensminger

FILED
JUN 2 6 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## IN THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: RICHARD ALAN ENSMINGER, | ) Case No. 13-35297 |
| | ) DC NO. RAE-4 |
| Debtor in Possession | ) |
| | ) Chp. 11 |
| | ) |
| | ) Date: August 6, 2014 |
| **RICHARD ALAN ENSMINGER,** | ) Time: 10:00 a.m. |
| | ) Place: U.S. Bankruptcy Court |
| **Movant,** | ) Robert T. Matsui United States Courthouse |
| v. | ) 501 I Street, Sacramento, CA 95814 |
| | ) Courtroom 35, Department C |
| **NATIONSTAR MORTGAGE, LLC,** | ) Judge: Hon. Christopher M. Klein |
| | ) |
| **Respondent.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Joseph Cesar, declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action. My address is 6032 White Cloud Court, Citrus Heights, California 95829..

On June ~~24~~ 26, 2014, I served:

---

CERTIFICATE OF SERVICE
In re Richard A. Ensminger: Case No. 13-35297

1. **DEBTORS MOTION TO DISALLOW CLAIM 5 PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE § 3007;**

2. **NOTICE OF MOTION;**

3. **DEBTORS REQUEST FOR JUDICIAL NOTICE;**

4. **MEMORANDUM OF POINTS & AUTHORITIES;**

5. **EVIDENTIARY OBJECTIONS TO CLAIM 5 AND DECLARATION OF LARRY E. JOHNSON;**

6. **[PROPOSED] ORDER;**

7. **DECLARATION OF RICHARD ALAN ENSMINGER IN SUPPORT OF DEBTORS MOTION TO DISALLOW PROOF OF CLAIM 5;**

on each of the interested parties, by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid to the United States mail in Sacramento California, addressed as follows:

The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614
Att: Daniel K Fujimoto

SEVERSON & WERSON-WELLS F
One Embarcadero Center, Suite 2600
San Francisco, California 94111
 Att: Adam N. Barasch

WELLS FARGO BANK N.A.
9062 OLD ANNAPOLIS ROAD
COLUMBIA, MD 21045-2479
ATT: Corporate Officer

WELLS FARGO BANK N.A.
CSC-LAWYERS INCORP. SERVICES
2710 GATEWAY OAKS DR. STE 150N
SACRAMENTO, CA 95833
ATT: Corporate Officer

NATIONSTAR MORTGAGE LLC
C/O Weinstein, Pinson, & Riley, P.S.
2001 Western Avenue Ste 400
Seattle, WA 98121
Att: Larry E. Johnson

NATIONSTAR MORTGAGE LLC
CSC-LAWYERS INCORP. SERVICES
2710 GATEWAY OAKS DR. STE 150N
SACRAMENTO, CA 95833
Att: Corporate Officer

**U.S Trustee:**
Tracy Hope Davis
Office of the U.S Trustee - Sacramento
501 I Street Suite 7-500
Sacramento, CA 95814

**U.S. Trustee's Counsel:**
Edmund Gee
Office of the U.S. Trustee - Sacramento
501 I Street Suite 7-500
Sacramento, CA 95814

---

CERTIFICATE OF SERVICE
In re Richard A. Ensminger: Case No. 13-35297

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 26, 2014, at Sacramento, California.

_____
Joseph Cesar, Declarant