1  **PITE DUNCAN, LLP**
   ecfcaeb@piteduncan.com
2  4375 Jutland Drive, Suite 200
   P.O. Box 17933
3  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
4  Facsimile:  (619) 590-1385

5  Attorneys for  Wells Fargo Bank, National
   Association, as Trustee for the Holders of the
6  MERRILL LYNCH MORTGAGE INVESTORS
   TRUST, MORTGAGE LOAN ASSET-BACKED
7  CERTIFICATES, SERIES 2006-WMC1 and the
   loan servicer Nationstar Mortgage LLC
8
                   **UNITED STATES BANKRUPTCY COURT**
9
                **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**
10

| 11 | In re | Case No. 13-35297 |
|---|---|---|
| 12 | RICHARD A. ENSMINGER, | Chapter 11 |
| 13 | Debtor. | **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-WMC1'S REQUEST FOR SPECIAL NOTICE** |

18

19  **TO ALL INTERESTED PARTIES**:

20  **PLEASE TAKE NOTICE** that the firm of Pite Duncan, LLP, attorneys for Wells Fargo

21 Bank, National Association, as Trustee for the Holders of the MERRILL LYNCH MORTGAGE

22 INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-

23 WMC1 and the loan servicer, Nationstar Mortgage, LLC hereby requests special notice of all events

24 relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in

25 relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules

26 of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of

27 any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well

28 as notice of all matters which must be noticed to creditors, creditors committees and parties-in-

1 interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local

2 Rules of the above-referenced bankruptcy court.

3       PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

4 Mailing List in this case, the following address be used:

5

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
6 P.O. Box 17933
San Diego, CA 92177-0933

7

8       Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

9 proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of

10 the within party's:

11     a.    Right to have any and all final orders in any and all non-core matters entered only

12 after de novo review by a United States District Court Judge;

13     b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant

14 proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the

15 instant proceeding. This Request for Special Notice shall not operate as a confession and/or

16 concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either

17 expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as

18 its agent for purposes of service under Fed. R. Bankr. P. 7004;

19     c.    Right to trial by jury in any proceeding as to any and all matters so triable herein,

20 whether or not the same be designated legal or private rights, or in any case, controversy or

21 proceeding related hereto, notwithstanding the designation or not of such matters as "core

22 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

23 statute or the United States Constitution;

24     d.    Right to have the reference of this matter withdrawn by the United States District

25 Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

26 /./../

27 /././

28 /././

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

PITE DUNCAN, LLP

Dated: July 8, 2014        */s/ Gregory P. Campbell*
Attorneys for Wells Fargo Bank, National Association, as Trustee for the Holders of the MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-WMC1 and the loan servicer, Nationstar Mortgage, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** was served on July 11, 2014. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

### DEBTOR

Richard A. Ensminger
5401 Valhalla Dr
Carmichael, CA 95608

### U.S. TRUSTEE

Tracy Hope Davis
Edmund Gee
501 I Street, Suite 7-500
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2014                                /s/ *Brianne M. Floquet*
                                                              BRIANNE M. FLOQUET