BETHANY WOJTANOWICZ (State Bar No. 292514)
WEINSTEIN, PINSON & RILEY, P.S.
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121
Telephone: (206) 493-1511
Facsimile: (858) 481-0545
BethanyW@w-legal.com

ADAM N. BARASCH (State Bar No. 158220)
MARY KATE SULLIVAN (State Bar No. 180203)
MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
anb@severson.com

Attorneys for
NATIONSTAR MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | CASE NO: 13-35297 |
| RICHARD A. ENSMINGER, | Chapter 11 |
| Debtor. | **ASSOCIATION OF COUNSEL** |

    **PLEASE TAKE NOTICE** that Severson & Werson, a Professional Corporation, has been

associated with Weinstein, Pinson & Riley, P.S. as attorneys for Nationstar Mortgage, LLC

("Nationstar"), in the above-captioned matter. The address, telephone and facsimile numbers of

the associated counsel are: 2001 Western Avenue, Suite 400 Seattle, WA 98121

Telephone number: (206) 493-1511 Fax (858) 481-0545 and One Embarcadero Center, Suite 2600,

San Francisco, CA 94111 telephone (415) 677-5533 Fax (415) 677-5664

The undersigned attorney hereby accepts said association of counsel.

DATED: July 23 , 2014

SEVERSON & WERSON
A Professional Corporation

By: _____
　　　　　Adam N. Barasch

Attorneys for Creditor, Nationstar Mortgage, LLC

The undersigned attorney hereby authorizes said association of counsel.

DATED: July 22, 2014

WEINSTEIN, PINSON & RILEY, P.S.

By: _____
　　　　Bethany Wojfanowicz

Attorneys for Creditor, Nationstar Mortgage, LLC

11951.0378/3360600.1

- 2 -