ADAM N. BARASCH (State Bar No. 158220)
MARY KATE SULLIVAN (State Bar No. 180203)
MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
anb@severson.com

Attorneys for
NATIONSTAR MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RICHARD A. ENSMINGER,<br><br>　　　　Debtor. | CASE NO: 13-35297<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.

　　　　On the date below, I served a copy, with all exhibits (if any), of the following document(s):

　　　　**ASSOCIATION OF COUNSEL**

　　　　on all interested parties in said case addressed as follows:

| | | |
|---|---|---|
| Richard A. Ensminger<br>5401 Valhalla Dr<br>Carmichael, CA 95608 | Bethany Wojtanowicz<br>Weinstein, Pinson & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | U.S. Trustee:<br>Tracy Hope Davis<br>Office of the U.S. Trustee-Sacramento<br>501 I Street Suite 7-500<br>Sacramento, CA 95814 |

11951.0378/3361414.1

CERTIFICATE OF SERVICE

Case 13-35297    Filed 07/23/14    Doc 175

|  |  |
|---|---|
| 1 | U.S. Trustee's Counsel: |
| 2 | Edmund Gee |
|   | Office of the U.S. Trustee-Sacramento |
| 3 | 501 I Street, Suite 7-5000 |
|   | Sacramento, CA 95814 |

[X] **(BY MAIL)**  I caused an envelope to be deposited in the mail at San Francisco, California, with first class postage thereon fully prepaid.

    I am readily familiar with Severson & Werson's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in sealed envelopes with first class postage fully prepaid.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration is executed in San Francisco, California, on July 23, 2014.

      /s/ Jennifer Jones
    Jennifer Jones