CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@piteduncan.com
TODD S. GARAN (CA SBN 236878)
tgaran@piteduncan.com
GREGORY P. CAMPBELL (CA SBN 281732)
gcampbell@piteduncan.com
PITE DUNCAN, LLP
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for  Wells Fargo Bank, National Association, as Trustee for the Holders of the MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-WMC1 and the loan servicer, Nationstar Mortgage, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RICHARD A. ENSMINGER,<br><br>Debtor. | Case No. 13-35297<br><br>D.C. No PD-1<br><br>Chapter 11<br><br>**NOTICE OF CREDITOR'S ELECTION UNDER 11 U.S.C. §1111(b) TO BE TREATED AS FULLY SECURED FOR PURPOSES OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**PROPERTY ADDRESS**:<br>5210 Valhalla Dr,<br>Carmichael, CA  95608 |

Wells Fargo Bank, National Association, as Trustee for the Holders of the MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-WMC1 and the loan servicer, Nationstar Mortgage, LLC ("Creditor") Secured Creditor of the above-entitled Debtor, Richard A. Ensminger ("Debtor") holds a second position lien secured by a Note and Deed of Trust encumbering the Debtor's real property located at 5210 Valhalla Dr, Carmichael, CA  95608. (*See* Claim No. 6-1).

/././

Notice is hereby given that Creditor elects in accordance with 11 U.S.C. § 1111(b) to have its claim treated as a fully secured claim for purposes of the Debtor's Chapter 11 Plan of Reorganization.

                                              Respectfully submitted,

                                              PITE DUNCAN, LLP

Dated: August 5, 2014                       /s/ *Gregory P. Campbell* (CA SBN 281732)
                                              GREGORY P. CAMPBELL
                                              Attorneys for Creditor, Wells Fargo Bank, National Association, as Trustee for the Holders of the MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-WMC1 and the loan servicer, Nationstar Mortgage, LLC