CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@piteduncan.com
TODD S. GARAN (CA SBN 236878)
tgaran@piteduncan.com
GREGORY P. CAMPBELL (CA SBN 281732)
gcampbell@piteduncan.com
PITE DUNCAN, LLP
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for
Wells Fargo Bank, National Association, as Trustee
for the Holders of the MERRILL LYNCH
MORTGAGE INVESTORS TRUST,
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-WMC1

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| In re | Case No. 13-35297 |
| RICHARD A. ENSMINGER, | Chapter 11 |
| Debtor. | D.C. No. PD-1 |
| | **CERTIFICATE OF SERVICE** |

I, Justin N. Wade, hereby certify that:

I am over the age of 18 and not a party to this proceeding. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

On August 5, 2014, a copy of the following documents:

- NOTICE OF CREDITOR'S ELECTION UNDER 11 U.S.C. §1111(b) TO BE TREATED AS FULLY SECURED FOR PURPOSES OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION;

was served by placing a copy thereof enclosed in a sealed envelope in the United States Mail, first class, postage prepaid, and/or by sending copies via e-mail pursuant to Local Bankruptcy Rule 7005-1(d)(1) to parties consenting to service by electronic means, as follows:

| **U.S. MAIL (FIRST CLASS)** |
|---|
| Richard A. Ensminger<br>5401 Valhalla Dr<br>Carmichael, CA 95608 |

| **ELECTRONIC MAIL** |
|---|
| Tracy Hope Davis<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 |
| Department of Justice<br>Robert T Matsui - United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| Edmund Gee<br>501 I Street #7-500<br>Sacramento, CA 95814 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 5, 2014            /s/ *Justin N. Wade*
                                JUSTIN N. WADE